


RECEIVED
IN LAKE CHARLES, LA

DEC 13 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| RONALD F. LUPO.<br>FED. REG. #31343-039<br>VS.<br><br>JOSEPH P. YOUNG | CIVIL ACTION NO. 2:10-cv-148<br>SECTION P<br><br>JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** petitioner's habeas claims be DISMISSED as moot.

**THUS DONE AND SIGNED**, in chambers, Lake Charles, Louisiana, on this _12_ day of ___December___, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE